Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15–10801–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Paul R Sansevere | Dawn M Sansevere |
| 510 Mount Bethel Road | 510 Mount Bethel Road |
| Oxford, NJ 07863 | Oxford, NJ 07863 |

Social Security No.:
  xxx–xx–6851                                       xxx–xx–1991

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: September 7, 2018          Kathryn C. Ferguson
                                                         Judge, United States Bankruptcy Court